UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA
: INDICTMENT
- v. -
: 11 Cr.
DANIEL SCOTT,
: 11 CRIM 171
Defendant.
:
- - - - - - - - - - - - - - - - - - x

JUDGE CRIESA

## COUNT ONE

The Grand Jury charges:

1. On or about August 12, 2010, in the Southern District of New York and elsewhere, DANIEL SCOTT, the defendant, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, SCOTT, and others known and unknown, agreed together to commit an armed robbery of an armored truck in the Bronx, New York.

(Title 18, United States Code, Section 1951.)

## COUNT TWO

The Grand Jury further charges:

2. On or about August 12, 2010, in the Southern District of New York, DANIEL SCOTT, the defendant, unlawfully,

willfully, and knowingly, after having been convicted in a court of crimes punishable by imprisonment for a term exceeding one year, to wit: (i) a conviction on or about January 8, 1985, in Bronx Supreme Court, Bronx County, for Robbery in the First Degree: Displays What Appears to be a Firearm, a Class B felony, in violation of New York Penal Law Section 160.15(4); (ii) a conviction on or about January 9, 1985, in Bronx Supreme Court, Bronx County, for Robbery in the First Degree: Forcible Theft Armed With a Deadly Weapon, a Class B felony, in violation of New York Penal Law Section 160.15(2); and (iii) a conviction on or about February 2, 1995, in the United States District Court for the Eastern District of New York, for Conspiracy to Affect Commerce by Robbery, in violation of Title 18, United States Code, Section 1951; did possess in and affecting commerce, a loaded firearm, to wit, an Ingram MAC-11 nine millimeter semi-automatic assault weapon, which had previously been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1) and 924(e).)

## COUNT THREE

The Grand Jury further charges:

3.   On or about August 12, 2010, in the Southern District of New York, DANIEL SCOTT, the defendant, unlawfully, willfully, and knowingly, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the robbery conspiracy charged in Count One of

this Indictment, did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, and did aid and abet the use, carrying, and possession of a firearm, to wit, an Ingram MAC-11 nine millimeter semi-automatic assault weapon which was equipped with a firearm silencer or firearm muffler.

                      (Title 18, United States Code,
            Sections 924(c)(1)(A)(i), (B)(ii) and 2.)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DANIEL SCOTT,

Defendant.

INDICTMENT

11 Cr.

(18 U.S.C. §§ 1951, 922(g)(1), 924(e), 924(c)(1)(A)(i), (B)(ii) and 2.)

PREET BHARARA
United States Attorney.

A TRUE BILL

*Mildred Tomez*
Foreperson.

2/23/11
VG

Filed Indictment Case assigned to J. Greisa

Pitman
U.S.M.J