**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 10, 2019

By ECF

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square, Room 2202
New York, New York 10007

**Re: United States v. Daniel Scott, 11 Cr. 171 (JMF)**

Dear Judge Furman:

I write to respectfully request that the Court order the U.S. Marshals Service to produce Daniel Scott to this district in advance of his resentencing on December 19 at 2:45 p.m.

Mr. Scott is currently housed at FCI Butner Medium II under register number 46748-066. The Government informs me that it requested Mr. Scott's production on December 2, but was told today that Mr. Scott has not been listed for any Marshals airlift prior to the December 19 resentencing.

Mr. Scott's resentencing has already been adjourned once because his production was not ordered. As the Court knows, the defense has requested a sentence of time served, and Mr. Scott has already served a period of incarceration well in excess of his Guidelines range. The Government informs me that it takes no position on this request.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Christopher J. DiMase, Esq. (by ECF)

Application GRANTED. The Marshals are ORDERED to produce Mr. Scott for sentencing on December 19, 2019, the time of which is changed to 2:45 p.m. Sentencing will be held in Courtroom 11B at 500 Pearl Street, not in the Court's usual courtroom.

SO ORDERED.

December 10, 2019